IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTICANCER, INC., a California corporation, | ) ) | Case No. 07CV2294 L (BLM) |
| Plaintiff, | ) ) | **ORDER GRANTING *EX PARTE* MOTION FOR SUBSTITUTION OF COUNSEL [doc. #20]** |
| v. | ) ) ) | |
| TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

Good cause appearing, defendants' *ex parte* motion is **GRANTED**.  Yuching Huang, of the Law Offices of Yuching Huang is relieved as counsel of record for defendants who shall now be represented by Roger B. Behle of Foley Bezek Behle & Curtis, LLP.

**IT IS SO ORDERED.**

DATED: April 2, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJORS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07CV2294