1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   ANTICANCER, INC.,               )  Case No. 07cv2294-L (BLM)
                                      )
12              Plaintiff,            )  **ORDER GRANTING DEFENDANTS'**
     v.                               )  **MOTION TO MODIFY SCHEDULING**
13                                    )  **ORDER DEADLINE AND TO AMEND**
     TECO DIAGNOSTICS, et al.,        )  **ANSWER TO SECOND AMENDED**
14                                    )  **COMPLAINT**
              Defendants.             )
15                                    )  [Doc. No. 28]
     _____)
16

17      On May 21, 2008, Defendants filed a Combined Motion to Modify

18   Scheduling Order Deadlines and to Amend Answer to Second Amended

19   Complaint. Doc. No. 28. A hearing date of June 23, 2008 at 10:30 a.m.

20   was assigned, but the Court took the motion under submission pursuant to

21   Civil Local Rule 7.1(d)(1). <u>See</u> Doc. No. 29.

22      On June 9, 2008, Plaintiff filed a statement of non-opposition to

23   Defendants' motion to amend. Doc. No. 30.

24      In light of Plaintiff's lack of opposition, the good cause

25   demonstrated by Defendants (Fed. R. Civ. P. 16(b)(4)), and the Federal

26   Rules' liberal policy in favor of granting leave to amend when justice

27   so requires (Fed. R. Civ. P. 15(a)(2); <u>Eminence Capital, LLC v. Aspeon,</u>

28   <u>Inc.</u>, 316 F.3d 1048, 1051 (9th Cir. 2003)), the Court hereby **GRANTS**

Defendants' motion.  The Clerk's Office is hereby **ORDERED** to file the proposed Amended Answer to Second Amended Complaint, attached as Exhibit B to the Declaration of Roger N. Behle, Jr. [Doc. No. 28-4], separately as the operative Answer in this case.

   **IT IS SO ORDERED.**

DATED:  June 10, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

ALL COUNSEL

07cv2294-L (BLM)